UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALEJANDRO NUNEZ SANCHEZ,
*on behalf of himself, FLSA Collective Plaintiffs,
and the Class,*

                Plaintiff,

v.

AXROFO LLC,
   d/b/a T-BAR SOUTHAMPTON,
LENOX ROOM CORP.,
   d/b/a T-BAR STEAK & LOUNGE,
ANGELO TONY FORTUNA,
DEREK AXELROD, and
DENA K. WEINER,

                Defendants.

Case No.: 22-cv-00157

**NOTICE OF ACCEPTANCE**
**OF OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Alejandro Nunez Sanchez hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated March 28, 2022, and annexed hereto as **Exhibit A**.

Dated: March 28, 2022

                                        Respectfully submitted,

                                        By: _____
                                              C.K. Lee, Esq. (CL 4086)
                                              LEE LITIGATION GROUP, PLLC
                                              148 West 24th Street, 8th Floor
                                              New York, NY 10011
                                              Tel.: (212) 465-1188
                                              Fax: (212) 465-1181
                                              *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2022, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Stephen D. Hans, Esq.
Stephen D. Hans & Associates, P.C.
30-30 Northern Boulevard, Suite 401
Long Island City, New York 11101
Tel: (718) 275-6700
Fax: (718) 275-6704
shans@hansassociates.com

By: _____
C.K. Lee, Esq.