UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALEJANDRO NUNEZ SANCHEZ,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

                        Plaintiff,

      v.

AXROFO LLC,
   d/b/a T-BAR SOUTHAMPTON,
LENOX ROOM CORP.,
   d/b/a T-BAR STEAK & LOUNGE,
ANGELO TONY FORTUNA,
DEREK AXELROD, and
DENA K. WEINER,

                        Defendants.

Case No.: 22-cv-00157

**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Axrofo LLC d/b/a T-Bar Southampton, Lenox Room Corp. d/b/a T-Bar Steak & Lounge, Angelo Tony Fortuna, Derek Axelrod, and Dena K. Weiner (collectively, "Defendants"), having offered to allow Plaintiff Alejandro Nunez Sanchez ("Plaintiff") to take a judgment against them, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), to resolve all of Plaintiff's claims filed in this lawsuit, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated March 28, 2022 and filed as Exhibit A to Docket Number 10;

    **WHEREAS**, on March 28, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 10);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Alejandro Nunez Sanchez, in the sum of FifteenThousand Dollars and No Cents

($15,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated March 28, 2022 and filed as Exhibit A to Docket Number 10.

**SO ORDERED:**                           BRENNA B. MAHONEY
                                          CLERK OF COURT

Dated: March 29, 2022                     /s/ James J. Toritto
       Central Islip, New York                Deputy Clerk